

Robert A. Mantel
RMantel@crowell.com
(212) 590-5439 direct

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000 main
+1.202.628.5116 fax

June 4, 2025

**File pre-motion letter by June 12. Conference adjourned from June 30 to July 23, 2025, in Courtroom 11D, 500 Pearl Street, New York, NY.**
**SO ORDERED.**
**Dated: 6/5/2025**

*P. Kevin Castel*
United States District Judge

<u>VIA ECF</u>

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Moncada et al. v. Nuna Baby Essentials, Inc.*, 1:25-cv-002592-PKC

Dear Judge Castel:

     We represent Defendant Nuna Baby Essentials, Inc. in the above-referenced matter and, with Plaintiffs' consent, respectfully submit this joint request to adjourn the initial conference before the Court currently scheduled for June 30, 2025.

     The Court previously adjourned the initial conference from June 2, 2025 to June 30, 2025 in connection with Defendant's prior request to extend its time to respond to the Complaint. Order, [ECF No. 12]. Consistent with Your Honor's Individual Practices, Defendant intends to file a Pre-Motion letter by June 12, 2025, seeking to file a motion to dismiss the Complaint. Since Defendant's Pre-Motion letter will be followed by either an amended complaint or briefing on Defendant's motion, the parties jointly request that the initial conference be adjourned pending further pleadings and/or Defendant's anticipated motion to dismiss.

     The parties thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Robert A. Mantel*
Robert A. Mantel

c.c.: Counsel of Record