

**Robert A. Mantel**
RMantel@crowell.com
(212) 590-5439 direct

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000 main
+1.202.628.5116 fax

July 1, 2025

> Initial conference is adjourned from July 23, 2025 to September 22, 2025 at 10:30 a.m.
> Call-In Information is: 1-855-244-8681, Access Code: 2305 810 3970#.
> SO ORDERED.
> Dated: 7/1/2025
>
> P. Kevin Castel
> United States District Judge

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Moncada et al. v. Nuna Baby Essentials, Inc.*, 1:25-cv-002592-PKC

Dear Judge Castel:

We represent Defendant Nuna Baby Essentials, Inc. in the above-referenced matter and, with Plaintiffs' consent, respectfully submit this joint request to adjourn the initial conference before the Court currently scheduled for July 23, 2025.

The Court first adjourned the initial conference from June 2, 2025 to June 30, 2025 in connection with Defendant's prior request to extend its time to respond to the Complaint. [ECF No. 12]. Following a joint request by the parties to adjourn the initial conference pending further pleadings and/or Defendant's anticipated motion to dismiss, the Court rescheduled the initial conference for July 23, 2025. [ECF No. 18].

On June 12, 2025, Defendant filed a pre-motion letter seeking to file a motion to dismiss the Complaint, [ECF No. 19], and on June 16, 2025, Plaintiffs filed a letter in response stating that Plaintiffs would be amending their Complaint no later than June 27, 2025, [ECF No. 20]. Plaintiffs then filed their First Amended Complaint on June 27, 2025 [ECF No. 21].

Consistent with Your Honor's Individual Practices, Defendant will be filing a Pre-Motion letter seeking to file a motion to dismiss the First Amended Complaint by July 11, 2025. Since Defendant's Pre-Motion letter will be followed by either further amended pleadings or briefing on Defendant's motion, the parties jointly request that the initial conference be adjourned pending further pleadings or a ruling on Defendant's anticipated motion to dismiss. If the Court is inclined to set a date for the initial conference, however, the parties respectfully request that the initial conference be adjourned until no earlier than September 19, 2025.



The parties thank the Court for its attention to this matter.

                                         Respectfully submitted,

                                         */s/ Robert A. Mantel*
                                          Robert A. Mantel

c.c.:  Counsel of Record